UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL F. SHEDLOCK, <br><br> Plaintiff, <br><br> v. <br><br> GINA SPENCER, <br><br> Defendant. | Civil Action No. 11-11603-NMG |

REPORT AND RECOMMENDATION ON
PLAINTIFF'S MOTION FOR STAY OF PROCEEDINGS
[Docket No. 63]

June 25, 2013

Boal, M.J.

Plaintiff Paul F. Shedlock ("Shedlock"), who is confined at the Nemasket Correctional Center ("Center") as a sexually dangerous person, filed a complaint in which he alleges that he has been denied the use of a wheelchair at the Center. Docket No. 1. On February 5, 2013, the District Court denied Shedlock's motion for a temporary restraining order or permanent injunction. Docket No. 59. Before the Court is Shedlock's motion for a stay of proceedings pending his appeal of the District Court's denial of his motion for injunctive relief. Docket No. 63. For the following reasons, this Court recommends that the District Court deny the motion.

I.   Factual And Procedural Background

Shedlock filed his complaint on September 12, 2011. Docket No. 1. Shedlock names Gina Spencer ("Spencer"), whom he identifies as the person who "controls" the Health Services Unit at the Center, as the sole defendant. He alleges that Spencer has violated Shedlock's civil

*Report and Recommendation accepted and adopted. /s/ NM Gorton, USDJ 9/16/13*