UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL F. SHEDLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 11-11603-NMG |
| v. ) | |
| ) | |
| GINA SPENCER, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION ON PLAINTIFF'S
MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT
[Docket No. 67]

June 25, 2013

Boal, M.J.

Plaintiff Paul F. Shedlock ("Shedlock"), who is confined at the Nemasket Correctional Center ("Center") as a sexually dangerous person, filed a complaint in which he alleges that he has been denied the use of a wheelchair at the Center. Docket No. 1. Shedlock has filed a motion for leave to file a supplement to his Complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure.[1] Docket No. 67. For the following reasons, this Court recommends that the District Court deny the motion.

I. Factual And Procedural Background

Shedlock filed his complaint on September 12, 2011. Docket No. 1. Shedlock names Gina Spencer ("Spencer"), whom he identifies as the person who "controls" the Health Services

---

[1] The District Court referred the motion to the undersigned on May 9, 2013 for a report and recommendation. Docket No. 83.

*After consideration of plaintiff's objections thereto ("entitled Plaintiff's Opposition...", Docket No. 93), Report and Recommendation is accepted and adopted. /s/ NMGorton, USDJ 9/16/13*