UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL F. SHEDLOCK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-11603-NMG |
| GINA SPENCER, | ) |
| Defendant. | ) |

REPORT AND RECOMMENDATION ON
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
[Docket No. 70]

December 6, 2013

Boal, M.J.

Pro se plaintiff Paul F. Shedlock ("Shedlock"), who is confined at the Nemasket Correctional Center ("Center") in Bridgewater, Massachusetts as a sexually dangerous person, filed a complaint alleging violations of 42 U.S.C. § 1983. Docket No. 1. Specifically, Shedlock alleges that he has been denied the use of a working wheelchair at the Center and was forced to use a wrongly sized walker, causing him physical injury. Id. Defendant Gina Spencer has moved for summary judgment.[1] Docket No. 70. For the following reasons, this Court recommends that the District Court grant the motion.

---

[1] The District Court referred the motion to the undersigned on May 9, 2013 for a report and recommendation. Docket No. 83.

-1-

*Report and Recommendation accepted and adopted.* /s/ NM Gorton, USDJ 1/10/14